```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA


CHARLES HOWARD STINSON,         :
                                :
         Petitioner             :   No. 4:07-CV-01237
                                :
    vs.                         :   (Judge Kane)
                                :
DAVID WAKEFIELD, et al.,        :
                                :
         Respondents            :
```

## ORDER

**AND NOW**, on this 6th day of March 2017, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Stinson's motion for relief from judgment (Doc. Nos. 71, 72, 74) is **DENIED**.

                                               s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania